USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-7-18



**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Stephen Suhovsky**
*Assistant Corporation Counsel*
phone: (212) 356-2371
fax: (212) 356-3509
ssuhovsk@law.nyc.gov

August 14, 2018

The application is ✓ granted. ☐ denied.

*(signature)* Andrew L. Carter Jr, U.S.D.J.
Dated: 9/7/18
NY, New York

**VIA ECF**
Honorable Andrew L. Carter
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 435
New York, NY 10007

Re: Ramos v. City et al., 18 CV 4938 (ALC) (DCF)

Dear Judge Carter:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced action. Mustapha L. Ndanusa represents the plaintiff. I am writing on behalf of all parties to request that this matter be designated for participation in the Southern District of New York's Local Civil Rule 83.10 plan, also known as the Section 1983 plan.

The plaintiff's Complaint in this matter alleges causes of action against the City of New York and several police officers under 42 U.S.C. Section 1983. However, the case has not been designated for participation in the Local Civil Rule 83.10 plan. Counsel for all parties agree that the case should participate in the plan.

We therefore request that Your Honor approve designation of this matter under the Local Civil Rule 83.10 plan.

Very truly yours,

/s/
Stephen Suhovsky
*Assistant Corporation Counsel*

Cc: BY ECF
Mustapha L. Ndanusa
*Attorney for Plaintiffs*