**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MIGUEL RAMOS,

                Plaintiff,                    18 **CIVIL** 4938 (ALC)

      -against-                          **JUDGMENT**

THE CITY OF NEW YORK ET AL., P.O.
LENOXOXAN SAMERSON, and P.O.
"JOHN GANDOLFI, in their official and
Individual capacity,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 16, 2020, Defendants' motion for summary judgment is granted, and judgment is entered for the Defendants'.

**Dated:**  New York, New York
          July 17, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                     **Clerk of Court**
                               **BY:**
                                                       **Deputy Clerk**